FILED: May 17, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-7246
(7:21-cv-00465-RSB)
_____

DEONTA JEROME HICKS

      Plaintiff - Appellant

v.

JEFF KISER; C/O ROBINETTE; SHANNON FULLER, Assistant Warden; LT. GILBERT

      Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered April 25, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Patricia S. Connor, Clerk